**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| B.L. a minor, by her father, LAWRENCE LEVY, and her mother, BETTY LOU LEVY,<br><br>　Plaintiffs,<br><br>　　　v.<br><br>MAHANOY AREA SCHOOL DISTRICT,<br><br>　Defendant. | CIVIL ACTION NO. 3:17-CV-1734<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 5th day of October, 2017, **IT IS HEREBY ORDERED** that:

(1) Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**;

(2) Defendant, together with its representatives, agents, servants, and all others acting on its behalf or in concert with it, are hereby **ENJOINED** and **RESTRAINED**, until further Order of the Court, from:

　(a) enforcing the Cheerleading Rules pertaining to out-of-school speech against Plaintiff B.L.; and

　(b) excluding Plaintiff B.L. from the cheerleading squad on account of her out-of-school speech.

(3) This injunction issues because:

　(a) It is likely that Plaintiffs will succeed on the merits of their claim that the District's Cheerleading Rules and punishment of Plaintiff B.L. for her private, out-of-school speech violate Plaintiffs' First Amendment rights;

　(b) Substantial and irreparable injury to Plaintiffs will follow unless this order is entered;

　(c) Greater injury will be inflicted upon Plaintiffs by the denial of the requested relief than will be inflicted upon Defendant by the granting of preliminary relief; and

    (d)  The public interest will be served by the injunction.

(4) This being a non-commercial case involving a relatively small amount of money, Plaintiffs shall not be required to provide security pursuant to FED.R.CIV.P. 65(c).

              /s/ A. Richard Caputo
              A. Richard Caputo
              United States District Judge