IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.L., a minor, by and through her father, LAWRENCE LEVY, and her mother, BETTY LOU LEVY, | ) ) ) ) Civ. No. 3:17-cv-1734-ARC |
| Plaintiff, | ) ) (Hon. A. Richard Caputo) |
| v. | ) ) |
| MAHANOY AREA SCHOOL DISTRICT, | ) ) ) |
| Defendant. | ) ) |

## ORDER

AND NOW, this 24th day of May, 2018, it is hereby **ORDERED** that the parties' Joint Motion for Extension of Case Management Deadlines is **GRANTED**. The deadlines in the Court's April 26, 2018 Case Management Order (ECF 24) are hereby extended as follows:

All fact discovery shall be completed by **Friday, September 14, 2018**.

Pretrial disclosures required by Fed. R. Civ. P. 26(a)(3) shall be made by **Monday, October 15, 2018**.

Dispositive motions, together with supporting briefs, shall be filed by **Monday, October 15, 2018**.

/s/ A. Richard Caputo
Hon. A. Richard Caputo
U.S. District Judge