REDACTED

149,460

36m ago

Love how me and REDACTED get told we need a year of jv before we make varsity but that's doesn't matter to anyone else?🙃

EXHIBIT D-2

MASD000002