5. CARE OF SCHOOL EQUIPMENT:
   The athlete is responsible for all equipment issued to him/her. The athlete or his/her parents must pay for lost, stolen, or damaged equipment before any grades are issued.

6. TRANSPORTATION TO ATHELETIC CONTESTS:
   All team members will travel to and from out-of –town contest by means of the transportation provided or organized by the athletic director. Cheerleaders will ride with the team bus to and from all away games, unless another bus is available. The only exception to this rule would be the release of the cheerleader/athlete to the parents once the parents asks the coach for permission. Students leaving a contest must have an adult sign them out at the end of the contest.

7. MEDICAL RELEASE TO PARTICIPATE:
   If an athlete is seriously injured he/she must have a doctor's release before he/she can practice or compete in athletic contests. **PARTICIPATION IN AFTER SCHOOL PRACTICE OR ATHLETIC CONTESTS WILL NOT BE PERMITTED IF THE ATHLETE IS OUT OF SCHOOL ALL OR PART OF THE DAY OF THE PRACTICE OR CONTEST FOR REASONS OF ILLNESS OR INJURY.** The only exception to this rule is a doctor's release, which must be presented to the coach prior to the practice or the contest

8. PERSONAL CONDUCT:
   Participation on an athletic team or cheerleading squad in the Mahanoy Area School District is a privilege and the participants must earn the right to represent Mahanoy Schools by conducting themselves in such a way that the image of the Mahanoy School District would not be tarnished in any manner. Any participant whose conduct is judged to reflect a discredit upon himself/herself, the team, or the Mahanoy Schools, whether or not such activity takes place during or outside school hours during the sports season, will be subject to disciplinary action as determined by the coach, the athletic director and/ or the school principal.

9. USE OF TOBACCO, ALCOHOL, OR DRUGS:
   Smoking, the use of chewing tobacco and smokeless tobacco, drinking of alcoholic beverages, the illegal use of drugs or marijuana by any athlete or cheerleader is prohibited both in and out of season and during such times as school is not in season. Upon evidence of the use of the possession or use the tobacco in any form, alcohol or drugs, the athlete shall be suspended by the coach, pending investigation

10. QUITTING A TEAM:
    The Normal rule for athletes quitting a team is that make themselves ineligible for any sport during the season which has already begun. An athlete who goes out for a sport, but is "cut" would be eligible to try out for and participate in another sport during that season.

83

EXHIBIT D-4

Case 3:17-cv-01734-JPW Document 40-5 Filed 12/20/18 Page 1 of 1

MASD000009