

> Hey it's ▇▇▇. Just wondering do you have to dk a year of jv before you could make varsity? My mom was wondering

No

Read 5/26/17

> That's stupid

> But okay

> She was just wondering how ▇▇▇ made varsity

Mon, May 29, 9:34 AM

> We wear bows right?



EXHIBIT
D-10