# MAHANOY AREA SCHOOL DISTRICT
## Permission Form
## 2018-2019

In the same way that we are obliged to cooperate with the laws and regulations in our everyday lives, so too are students expected to follow the guidelines set forth by the Mahanoy Area School Administration and Faculty. The guidelines are outlined in the student handbook.

Please read these guidelines at home along with your child, or ask your child to read them to you. Please sign, initial, and return this form to your child's homeroom teacher by **September 7, 2018**. Your signature/initials indicates that you have received and read the accompanying guidelines and agree with the necessity for such guidelines as they pertain to your child's education. **If you do not sign, your child will still be held accountable according to School Policy.**

_____
PARENT INITIALS
**Handbook**
I have received, read, and understand the Student Handbook.
I will assist my child to comply with procedures and policies set forth herein.
********************************************************************************

_____
PARENT INITIALS
**Internet Acceptable Use Policy (located in the Student Handbook)**
I have received, read, and understand this policy. I have also reviewed it with my child, and will assist my child to comply with it. In addition, I have been given the opportunity to obtain information from the School District about anything I do not understand. Additionally, I understand that if my child violates the policy, he/she is subject to the School District's discipline policy and could be subject to ISP (Internet Service Provider) as well as local, state, and federal legal recourse.
********************************************************************************

BLL
PARENT INITIALS
**Pictures for School Web pages and Newspapers:**
I grant permission for my son/daughter's name and picture to be used on the school's web page and in the area newspapers.

**OR**

_____
PARENT INITIALS
I DO **NOT** give permission for my child's picture to be posted on the school's web page or in area newspapers.
********************************************************************************

BLL
PARENT INITIALS
**Individual and Small Group Photo Release Form:**
Throughout the school year, individual and small group photographs and video recordings may be taken of students as they participate in various academic and non-academic activities. These may be used to publicize and promote district activities in local newspapers, district published newsletter/brochures, **school yearbook**, or in workshops and seminars, in which the district participates. Students recognized by name in any picture or video would be done with parental permission. It is assumed that your child may be photographed unless permission is denied by checking below.

**OR**

_____
PARENT INITIALS
I DO **NOT** give permission for my child to be photographed in individual and small group settings. **If you initial you will prohibit your child's picture from appearing in the yearbook.**

_Betty Lou Levy_ (signature)        9/06/18
Parent/Guardian Signature              Date

B REDACTED  REDACTED        11        Ms. Pollack
Student's Signature              Grade    Homeroom Teacher

Please print Student's Name here  REDACTED  REDACTED

Exhibit
D-12