IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT

OF PENNSYLVANIA

* * * * * * * *

B.L., a minor, by   *

her father,         *

LAWRENCE LEVY,     *  Case No.

and her mother,   *  3:17-CV-1734

BETTY LOU LEVY,   *

    Plaintiffs    *

    vs.          *

MAHANOY AREA      *

SCHOOL DISTRICT,   *

    Defendant     *

* * * * * * * *

DEPOSITION OF

B.L.

October 24, 2018

Any reproduction of this transcript is
prohibited without authorization by
the certifying agency.

**EXHIBIT**

**D - 17**

exhibitsticker.com

Sargent's Court Reporting Service, Inc.
(814) 536-8908

9

1          If your lawyer says anything,
2     just stop talking so the court
3     reporter can take it down.
4          Okay?
5     A.   Okay.
6     Q.   All right.
7          Could you state your full name
8     for the record, please?
9     A.   B.L. (states name).
10    Q.   And keep your voice up because
11    at my age I need loud voices.
12         Okay?
13    A.   Okay.
14    Q.   And where do you reside?
15    What's your address?
16    A.   527 East Market Street.
17    Q.   Where?
18    A.   Mahanoy City.
19    Q.   And who do you live there with?
20    A.   My parents.
21    Q.   Anybody else?
22    A.   My brother and sister.
23    Q.   And your brother's name is?
24    A.   A.J.
25    Q.   I didn't hear that.

13

1    Q.      What grade are you in this

2    year?

3    A.      Eleventh (11th).

4    Q.      So in the 2017-18 school year,

5    you were in tenth.

6            Right?

7    A.      Yes.

8    Q.      Okay.

9            When does softball play?  When

10   is their season?

11   A.      It'll like, start around

12   June-ish.  Like the practices will be

13   in June.

14   Q.      And when are the games?

15   A.      They would be in like July,

16   August.

17   Q.      So the high school softball

18   team plays during the summer when

19   school is not in session.

20           Is that correct?

21   A.      I wasn't on the high school

22   softball team.

23   Q.      Were you on the junior middle

24   school softball team?

25   A.      No.

14

1       I was on the one downtown.

2    Q.     So the softball team to which

3    you referred in your testimony, that

4    is not a school district softball

5    team.

6           Is that correct?

7    A.     Yes.

8    Q.     And when you say in town, was

9    it sponsored by Mahanoy City or by an

10   organization in Mahanoy City?

11          Do you know?

12   A.     I'm not sure.

13   Q.     When is the last time that you

14   played softball for that team?

15   A.     I don't remember.

16   Q.     Was it when you were in ninth

17   grade?  When you were in eighth grade?

18   Can you help us understand when you

19   last played?

20   A.     I --- I really don't remember.

21   Q.     The Snap --- in front of you is

22   a three ring binder.  It has what we

23   call exhibits.  Each exhibit is

24   separated by a tab.  And Exhibit D-1,

25   that's the Snap that brings us all

15

1   together this morning; right?

2       Is that correct?

3               - - -

4           (Whereupon, Defendant

5       Exhibit 1, Snapchat

6       Picture, was marked for

7       identification.)

8               - - -

9       THE WITNESS:

10      Yes.

11  BY ATTORNEY LEVIN:

12  Q.      Okay.

13          And that's you in the glasses.

14  You're --- you --- not in the glasses.

15  I can't ---.

16  A.      I'm not in the glasses.

17  Q.      Not in glasses.

18          And in that Snap it says among

19  other things, quote, fuck softball,

20  end of quote.

21          Do you see that?

22  A.      Yes.

23  Q.      Okay.

24          Now this Snap you took and sent

25  in May of 2017.

16

1          Right?

2     A.     Yes.

3     Q.     So you were in ninth grade.

4          Right?

5     A.     I think, yeah.

6     Q.     Okay.

7          And did you try out for

8     softball when you were in ninth grade

9     before this Snap was taken?

10    A.     I don't know.

11         I don't remember.

12    Q.     Why did you say, quote, fuck

13    softball, end of quote, in this Snap?

14         Do you remember?

15    A.     No, I don't remember.

16    Q.     Okay.

17         Do you have any physical or

18    mental impairment that would prevent

19    you from hearing any questions that

20    I'm asking?

21    A.     No.

22    Q.     Do you have any physical or

23    mental impairment that would prevent

24    you from understanding any questions I

25    ask?

17

1   A.      No.

2   Q.      Do you have any physical or

3   mental impression that would prevent

4   you from giving truthful answers?

5   A.      No.

6   Q.      Are you taking any medication

7   that would prevent you from hearing or

8   understanding any questions?

9   A.      No.

10  Q.      Are you taking any medications

11  that would prevent you from giving

12  truthful answers?

13  A.      No.

14  Q.      What's your date of birth?

15  A.      8/17/02.

16  Q.      Did you look at any documents

17  in order to prepare for your

18  deposition today?

19  A.      No.

20  Q.      Other than your lawyer, did you

21  talk to anyone to prepare for this

22  deposition today?

23  A.      No.

24  Q.      Have you ever been suspended or

25  expelled from school?

33

1    Q.      Computer apps, what was your

2    final grade?

3    A.      High 90's.

4    Q.      And gym, what was your final

5    grade?

6    A.      100.

7    Q.      Can we agree that the school

8    district's termination of you from the

9    cheerleading squad, did not interfere

10   with your academic performance?

11   A.      I would assume not.

12   Q.      Now the --- this picture, which

13   has been marked as D-1, why did you

14   send that via Snap?

15   A.      I was mad.

16   Q.      What were you mad about?

17   A.      A lot of stuff.

18   Q.      And what are those things that

19   you were mad about?

20   A.      I don't remember.

21           I don't remember about softball

22   or at school.

23   Q.      You don't remember any of the

24   details?

25   A.      No.

35

1   Q.      Is D. on the varsity team or

2   the junior varsity?

3   A.      Varsity.

4   Q.      And does the cheerleading squad

5   still require people to try out?

6   A.      Yes.

7   Q.      So D. tried out in the spring

8   of --- when you and D. were in tenth

9   grade?

10   A.      It was like May of last school

11   year school year.  So yes.

12   Q.      So the tryouts are generally in

13   May of the preceding year.  So if you

14   want to be in cheerleading in 11th

15   grade, you try out in May of 10th

16   grade.

17          Right?

18   A.      Yes.

19   Q.      Okay.

20          And when --- who were the

21   judges when you tried out in May of

22   2018?

23   A.      We didn't know their names.

24   Q.      How many judges were there?

25   A.      Around like six or seven.

36

1   Q.      And you don't know who any of

2   those six or seven people were?

3   A.      No.

4           We don't get told their names.

5   Q.      Are the coaches judges for the

6   tryouts?

7   A.      No.

8   Q.      Are the coaches in the ---?

9   Well, where are the tryouts conducted?

10  A.      Their held in the gym, but we

11  all go in the locker room until, like

12  our specific number is called.

13  Q.      All right.

14          Were the coaches in the locker

15  room during the tryouts?

16  A.      No.  They were in the gym.

17  Q.      So the coaches are in the gym

18  during the tryouts, but as far as you

19  know, they aren't --- do not

20  participate in judging.

21          Is that correct?

22  A.      Yes.

23  Q.      Did you believe that you were

24  treated fairly in the tryouts during

25  May of 2018?

41

1    Q.    Do you have Halloween Parades
2    up here?
3    A.    There is, but we don't, like
4    cheer in it.
5    Q.    Okay.
6         In addition to the two parades,
7    are there any other community events
8    that the cheerleading squad goes to?
9    A.    I don't think so.
10   Q.    When is practice during the
11   football season, for the cheerleading
12   squad?
13   A.    Well, she schedules them like
14   whenever she has free time, Mrs.
15   Luchetta does.  But normally, it would
16   be held on a Tuesday or a Thursday.
17   Q.    So do you normally have two
18   practices a week during football
19   season?
20   A.    When we can.  It's hard to
21   during school because of volleyball.
22   Like it gets in the way.
23   Q.    What ball?
24        I didn't hear you.
25   A.    Volleyball.

42

1    Q.     Okay.

2    A.     And it gets in the way.  So

3    she'll just like, reschedule them.

4    Q.     So the general rule is two

5    times a week, unless there's a

6    conflict somewhere.  And then it will

7    get rescheduled for some other time.

8           Is that accurate?

9    A.     Normally, yes.

10   Q.     How about basketball season?

11   Same thing?

12   A.     I think.

13   Q.     How about wrestling season,

14   which overlaps from what you've told

15   me, with basketball; right?

16   A.     We would learn stuff for

17   wrestling at like practices during

18   basketball season.

19   Q.     Okay.

20   A.     Like we do the same cheers.

21   Q.     And well how about practices?

22   Do --- do they try to have two a week?

23   A.     I would assume they would try

24   to.

25   Q.     And once wrestling is over, are

43

1   there any further practices the rest

2   of the year?

3   A.      No.  I don't think so.

4   Q.      What is done to prepare for the

5   Memorial Day Parade if anything?

6           Is anything done to prepare for

7   the Memorial Day Parade?

8   A.      No.  'Cause during the parade,

9   normally we just do a --- like we go

10  with the band and either we'll do a

11  dance or we'll just do like, certain

12  moves.

13  Q.      When you say certain moves,

14  what do you mean?

15  A.      We'll do like a pattern.

16  They'll go like, each and every other

17  person would like go up or something,

18  and then the other one would go down.

19  And that's basically what we would do.

20  Q.      Okay.

21          So you don't need much more

22  practice for that?

23  A.      No.

24  Q.      Okay.

25          How about during the summers?

44

1    Are there any activities that the

2    cheerleading squad takes part in?

3    A.     Cheer camp, but that's it.

4    Q.     And what is cheer camp?

5    A.     Varsity would go to a certain

6    school and just learn cheers.

7    Q.     And which school do you go to?

8    A.     I think this year was the first

9    year that we didn't.  We went to

10   Shenandoah's School.

11   Q.     And is that a required

12   activity, that you go to the cheer

13   camp?

14   A.     It's not.  Like if you have

15   something other --- like something

16   else to do, you can do that I guess.

17   Q.     And when is the cross country

18   season?  When does it start and end?

19   A.     Practices start in the summer,

20   I think.

21   Q.     And when does the season end?

22   A.     I'm not sure.

23          Around like, maybe like the

24   beginning of June --- or November.

25   Q.     Okay.

45

1          So you're still in the midst of

2     the season and it's not come to an end

3     yet?

4     A.     Yes.

5     Q.     Okay.

6          And you think it ends some time

7     next month?

8     A.     Maybe.  I don't know.

9     Q.     Does cheerleading ever engage

10    in any activities on a Saturday,

11    unless Memorial --- well, Memorial Day

12    would be on Monday?

13    A.     I don't think so.

14    Q.     Homecoming, Friday night

15    usually?

16    A.     Yeah.

17    Q.     Does cheerleading engage in any

18    activities on a Sunday?

19    A.     No.

20    Q.     Where was the picture in

21    Exhibit D-1 taken?

22    A.     The Cocoa Hut.

23    Q.     And where's that located?

24    A.     In Mahanoy City.

25    Q.     And how do you actually get the

51

1    A.      I don't remember.

2    Q.      The rules contain attendance

3    rules.  Take a look and read it.  And

4    then tell me when you're finished

5    reading.  I have some questions for

6    you.

7                    - - -

8    (WHEREUPON, WITNESS COMPLIES.)

9                    - - -

10   BY ATTORNEY LEVIN:

11   Q.      Did you have a chance to read

12   them?

13   A.      Yes.

14   Q.      Do you understand them?

15   A.      Yes.

16   Q.      Do you think they're

17   reasonable?

18   A.      Yes.

19   Q.      Take a look at the academic

20   policy rules.  Read them to yourself

21   and tell me when you're finished.

22                    - - -

23   (WHEREUPON, WITNESS COMPLIES.)

24                    - - -

25              THE WITNESS:

53

1    A.    No.

2    Q.    Okay.

3          Take a look at the ---.  Read

4    the rules under uniforms.  Tell me

5    when you're finished then.  And then

6    go onto the second page of the

7    exhibit.

8                      - - -

9    (WHEREUPON, WITNESS COMPLIES.)

10                     - - -

11   BY ATTORNEY LEVIN:

12   Q.    Did you read the rules

13   pertaining to uniforms?

14   A.    Yes.

15   Q.    Did you understand them?

16   A.    Yes.

17   Q.    Do you think they're reasonable

18   and appropriate?

19   A.    Yes.

20   Q.    Please take a look at the rules

21   under sportsmanship and

22   responsibility, slash, fundraising.

23   And tell me when you've finished

24   reading.

25                     - - -

54

1     (WHEREUPON, WITNESS COMPLIES.)

2                     - - -

3     BY ATTORNEY LEVIN:

4     Q.     Did you finish reading?

5     A.     Yes.

6     Q.     Do you understand what the

7     rules say?

8     A.     Yes.

9     Q.     Do you think those rules are

10    reasonable and appropriate?

11                  ATTORNEY HELFER:

12                  I'm going to object to

13           form, but you can answer.

14    BY ATTORNEY LEVIN:

15    Q.     Do you think those rules are

16    reasonable and appropriate?

17    A.     I guess.  Yes.

18    Q.     And the last set of rules are

19    under the heading of technology.

20    Please read those and I'll ask you

21    some questions when you finish

22    reading.

23                     - - -

24    (WHEREUPON, WITNESS COMPLIES.)

25                     - - -

55

<u>BY ATTORNEY LEVIN:</u>

Q.     Did you have a chance to read those rules?

A.     Yes.

Q.     Did you understand them?

A.     Somewhat.

Q.     Excuse me?

A.     Somewhat.

Q.     Okay.

       Do you think those rules are reasonable and appropriate?

               <u>ATTORNEY HELFER:</u>

               I'll object to form again, but you can answer.

               <u>THE WITNESS:</u>

               I guess.

<u>BY ATTORNEY LEVIN:</u>

Q.     On the second page of that ---.

                      ---

(WHEREUPON, THERE WAS A BRIEF INTERRUPTION IN THE PROCEEDINGS.)

                      ---

               <u>ATTORNEY LEVIN:</u>

               Let the record reflect that the superintendent just

56

1          came into the deposition.

2                  Do you know everybody?

3                  DR. GREEN:

4                  Yes.  Well, I don't

5          know ---.

6                  ATTORNEY HELFER:

7                  Arleigh Helfer.

8                  DR. GREEN:

9                  Hi.  Mrs. Green.

10                 ATTORNEY LEVIN:

11                 He's representing the

12         Plaintiffs, along with the

13         ACLU.  He's from a different

14         firm.

15                 DR. GREEN:

16                 Okay.

17                 ATTORNEY LEVIN:

18                 Okay.

19         BY ATTORNEY LEVIN:

20         Q.     Under the sportsmanship rules,

21         the first bullet point says, please

22         have respect for your school, coaches,

23         teachers, other cheerleaders and

24         teams, end of quote.

25                 Did I read that sentence

57

1    correctly?

2    A.    Yes.

3    Q.    Do you understand what that

4    says?

5    A.    I guess.

6    Q.    Do you think that's reasonable

7    and appropriate?

8    A.    I guess.

9    Q.    The next sentence says,

10   remember you are respecting your

11   school --- representing your school

12   when at games, fundraisers and other

13   events.

14          Did I read that correctly?

15   A.    Yes.

16   Q.    Do you understand that rule?

17   A.    Yes.

18   Q.    Do you think that that's

19   accurate?

20                ATTORNEY HELFER:

21                I'll object to form.

22                You can answer.

23                THE WITNESS:

24                I guess.

25   BY ATTORNEY LEVIN:

58

1    Q.      Then the next sentence says,

2    quote, good sportsmanship will be

3    enforced.   This includes foul language

4    and inappropriate gestures, end of

5    quote.

6           Did I read that sentence

7    correctly?

8    A.      Yes.

9    Q.      Do you understand what that

10   says?

11   A.      Yes.

12   Q.      Do you think that's reasonable

13   and appropriate?

14                   ATTORNEY HELFER:

15                   And I'll object to form.

16                   You can answer.

17                   THE WITNESS:

18                   I guess.

19   BY ATTORNEY LEVIN:

20   Q.      Now, you would agree that the

21   word fuck is in violation of that

22   sentence; right?

23                   ATTORNEY HELFER:

24                   I'll object to form.

25                   THE WITNESS:

59

1          I guess, when you're

2     representing your school.

3  BY ATTORNEY LEVIN:

4  Q.    And you would agree that giving

5  the middle finger is an inappropriate

6  gesture?

7          Is that correct?

8               ATTORNEY HELFER:

9               And I'll object to form

10     again, but you can answer.

11               THE WITNESS:

12               Yes.

13  BY ATTORNEY LEVIN:

14  Q.    Do you think it's a proper and

15  laudable goal for schools --- for

16  public schools, to teach students to

17  have respect for others?

18  A.    Yes.

19  Q.    Do you agree that it's a proper

20  and laudable goal for school districts

21  to hold students accountable for not

22  following applicable rules?

23               ATTORNEY HELFER:

24               I'm going to object to

25     form.  Assumes the rules are

87

1   school ---?

2                    ATTORNEY HELFER:

3                    Objection.  She was

4        still answering.

5   BY ATTORNEY LEVIN:

6   Q.      I'm sorry, I thought ---.

7   A.      I said it because I was mad.

8   Q.      You were mad at ---?

9   A.      Because I didn't get ---.   I

10  didn't make it onto varsity.

11  Q.      And you didn't make it on the

12  varsity by the school district.

13          Right?

14  A.      Yes.

15  Q.      So you were mad at not getting

16  on the school district's varsity team,

17  so you said fuck cheer.

18          Right?

19  A.      Yes.

20  Q.      Would you agree that it would

21  be reasonable for a person reading

22  your Snap to think that you were

23  referring to the school district's

24  cheerleading squad when you said fuck

25  cheer?

91

1         they get benched for it.

2         So ---.

3    BY ATTORNEY LEVIN:

4    Q.    The uniforms, who pays for them

5    for cheerleading?  Do you know?

6    A.    I don't know.

7    Q.    Do the --- does the school

8    district provide it to you?

9    A.    I guess.

10   Q.    Do you think that teaching

11   students that there are consequences

12   for crude and profane communications

13   on social media is a proper role for

14   school districts?

15              ATTORNEY HELFER:

16              I'm going to object to

17        the form.  It's calling for an

18        opinion.

19              THE WITNESS:

20              I don't know.

21   BY ATTORNEY LEVIN:

22   Q.    Do you know how your conduct

23   affected the other members of the

24   cheerleader squad last year?

25              ATTORNEY HELFER: