```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT
                 OF PENNSYLVANIA
              * * * * * * * *
B.L., a minor, by       *
her father,             *
LAWRENCE LEVY,          *   Case No.
and her mother,         *   3:17-CV-1734
BETTY LOU LEVY,         *
      Plaintiffs        *
      vs.               *
MAHANOY AREA            *
SCHOOL DISTRICT,        *
      Defendant         *
              * * * * * * * *
```

DEPOSITION OF

LAWRENCE LEVY

October 24, 2018

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

**EXHIBIT**

**D - 19**

```
                                                          12
 1      Q.      Do you have any expertise in
 2   college admissions?
 3      A.      No.
 4      Q.      Can you tell me all the ways
 5   that the school's exclusion of B.L.
 6   from cheerleading affected her?
 7      A.      She was upset for quite a few
 8   weeks afterwards.  For a week, after
 9   she was notified that she was off, she
10   didn't leave the house.  She pretty
11   much isolated herself to her bedroom.
12      Q.      For that week?
13      A.      I'd say a little bit longer
14   than a week.
15      Q.      Any other ways that the
16   exclusion affected her?
17      A.      Other than emotionally.
18      Q.      Now, the only emotional
19   statement that I've received so far is
20   that she was upset a couple of weeks?
21      A.      Right.
22      Q.      Are you talking about something
23   else?
24      A.      No.  Just the emotional.
25      Q.      Okay.
```

13

1   Did she have to go to the
2   doctor because of being kicked off the
3   cheerleading squad?
4   A.   No.
5   Q.   Did she need any therapy as a
6   result of being kicked off the
7   cheerleading squad?
8   A.   No.
9   Q.   Did she need any medication as
10  a result of being kicked off the
11  cheerleading squad?
12  A.   No.
13  Q.   And when you heard your wife
14  and B.L. say, it did not affect her
15  educational work.
16       Is that correct?
17  A.   To my knowledge, no.
18  Q.   That's correct?
19  A.   Could you repeat that?  How you
20  want ---?
21  Q.   Sure.  Not --- not a
22  well-crafted question.
23       You heard the testimony of her
24  daughter this morning.
25       Right?

14

1  A.    Correct.
2  Q.    You heard the testimony of your
3  wife this morning.
4        Right?
5  A.    Correct.
6  Q.    Did you hear them testify that
7  being kicked off the cheerleading
8  squad did not adversely affect B.L.
9  from an educational point of view?
10 A.    I heard their testimony.
11 That's correct.
12 Q.    Do you agree with that?
13 A.    I'm a little confused.
14 Q.    Excuse me?
15 A.    I'm a little confused.
16       Can you repeat what you're
17 asking?
18 Q.    Sure.
19       I'll ask --- I'll go about it
20 in a different way.
21       Did being kicked off the
22 cheerleading squad adversely affect
23 B.L.'s school performance?
24 A.    To my knowledge, I don't know.
25 I don't have any direct knowledge on

15

1   that.
2   Q.    You're not aware that it did?
3   A.    I'm not aware.  No.
4   Q.    Okay.
5         Other than what you've told us
6   about her being emotionally upset for
7   a couple of weeks and secluding
8   herself in her room for about a week.
9   Are there any other effects that you
10  know of from her being kicked off the
11  team?
12  A.    Just some of the bullying that
13  my wife testified to.
14  Q.    Well, she didn't testify to
15  bullying.
16  A.    Well ---.
17  Q.    She testified about a couple of
18  students making a couple of
19  statements.
20  A.    Okay.
21        I'll rephrase that to harassing
22  statements.
23  Q.    Those were harassing
24  statements?
25  A.    In my opinion, yes.