Page 1

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2

 3

 4   B.L., A MINOR, BY AND THROUGH    :
     HER FATHER, LAWRENCE LEVY,       : CIVIL NO. 3:17-CV-1734-ARC
 5   AND HER MOTHER, BETTY LOU        :
     LEVY,                            :
 6                PLAINTIFFS          :
                                      :
 7                                    :
            V                         :
 8                                    :
     MAHANOY AREA SCHOOL DISTRICT,    :
 9                                    :
                  DEFENDANT           :
10

11

12

13

14
                 DEPOSITION OF:  DR. JOIE GREEN
15

16               TAKEN BY:       PLAINTIFFS

17

18               BEFORE:         MARIA N. O'DONNELL, RPR

19                               NOTARY PUBLIC

20

21               DATE:           OCTOBER 10, 2018, 11:12 A.M.

22

23               PLACE:          MAHANOY AREA SCHOOL DISTRICT

24                               ONE GOLDEN BEAR DRIVE

25                               MAHANOY CITY, PENNSYLVANIA
```

EXHIBIT D-22

```
                                                Page 6
 1   students, staff and tax payer -- well, tax payers of the
 2   community.  So just probably the main person that is
 3   responsible for everything.
 4       Q    Okay.  How many years have you been superintendent
 5   of the district?
 6       A    Superintendent here since 2010.  So eight years.
 7       Q    And what position did you hold previous to that?
 8       A    I was a middle school principal here from 2004 to
 9   2010.  And then before that, I was a teacher for about fifteen
10   years.
11       Q    Okay.  Could you please look at Exhibit P-3, the
12   district's interrogatory responses.  They should be somewhere
13   in the stack.
14       A    I put them in order for myself.
15       Q    Okay.
16       A    Okay.
17            MR. BROWN:  I think it is P-5.
18   BY MS. TACK-HOOPER:
19       Q    I am sorry, it is P-5.  My mistake.
20       A    Okay.
21       Q    You signed a verification at the back of this
22   document, is that correct?
23       A    Yes.
24       Q    Did you review those responses before they were
25   submitted?
```

```
                                                Page 7
 1       A    Yes.
 2       Q    And they're accurate?
 3       A    Yes.
 4            MS. TACK-HOOPER:  Okay.  Let's mark this P-10.
 5            (Defendant's responses to plaintiffs' request for
 6   admission produced and marked Deposition Exhibit No. P10.)
 7   BY MS. TACK-HOOPER:
 8       Q    You have in front of you Exhibit P10, the district's
 9   responses to plaintiffs' first request for admissions.
10            At the back of this document, you have signed a
11   verification.  Did you review this document before it was
12   submitted?
13       A    Yes.
14       Q    And are the responses in here accurate?
15       A    Yes.
16       Q    Okay.  Were Ms. Luchetta-Rump and Ms. Gnall
17   authorized by the school to remove B. from the cheerleading
18   team as punishment for her Snap?
19       A    I wouldn't say authorized by the school district.
20   Normally what happens is the coaches of various co-curricular
21   activities have their own rules that they follow, and it's up
22   to them to determine what is appropriate for their team and
23   what isn't appropriate for their team.  So I wouldn't say that
24   the district authorized them to do that.  There was no board
25   approval saying that -- a board ratification saying, you know,
```

```
                                                Page 8
 1   you have to, you know, remove B., none of that.  So it's
 2   basically up to the coaches themselves to determine what the
 3   appropriate punishments agree with what.  That word punishment
 4   is for the child that doesn't follow their rules.
 5       Q    So you were here for Miss Luchetta-Rump's testimony
 6   earlier today, right?
 7       A    Yes.
 8       Q    We talked about several parts of the handbook that
 9   refer to coaches adopting their own rules for their teams.
10   Correct?
11       A    Yes.
12       Q    Okay.  So coaches are allowed to make their own
13   rules for their teams?
14       A    Correct.
15       Q    Are there any limits on what kind of rules coaches
16   can make for their teams?
17       A    Well, they have to follow the PIAA rules, obviously
18   that is required.  They have to follow the ineligibility list
19   rules as far as grading.  But other than that, they can -- you
20   know, they have guidelines.  The guideline would be the
21   student handbook, the PIAA.  Then they go from there to make
22   their rules.
23       Q    Have you reviewed the cheerleading rules for the
24   district?
25       A    Not before this incident.  I have never reviewed any
```

```
                                                Page 9
 1   rules for any sports before this incident.
 2       Q    Okay.  What is your understanding of who reviewed
 3   rule -- who reviewed the cheerleading rules?
 4       A    When?
 5       Q    Before they were put into effect.
 6       A    It's my understanding that the cheerleading coaches
 7   put their own rules into effect themselves.
 8       Q    Okay.
 9       A    It's not reviewed by the principal unless they have
10   a question about something or something has changed from year
11   to year and they have a question they want to run by the
12   principal, but it is never reviewed with me.
13       Q    Okay.  Let's look at the cheerleading rules.  They
14   are Exhibit D3.
15            Have you had an opportunity to read these rules at
16   some point?
17       A    Yes.
18       Q    Is there anything in these rules that goes beyond
19   what coaches are allowed to do?
20       A    No.
21       Q    You heard the coaches testify about what various
22   provisions of these rules mean.  Did their explanation of how
23   they apply these rules exceed what they're allowed to do in
24   your opinion?
25       A    No.
```

Page 10

1  Q   Would you say that the coaches had the power to
2  remove B. from the cheerleading team without approval from
3  anyone else?
4  A   Yes.
5  Q   After B. was punished, her parents had several
6  conversations with district officials asking for
7  reconsideration.  Are you aware of this?
8  A   Yes.
9  Q   The high school principal at the time, Mr. Smith,
10 stood by their decision.  Correct?
11 A   Yes.
12 Q   You stood by their decision, correct?
13 A   Yes.
14 Q   Athletic Director Cray stood their by their
15 decision?
16 A   Yes.
17 Q   On June 29th, 2017, Mr. Levy went to the board
18 meeting to discuss this incident.  Were you aware of that?
19 A   Yes.
20 Q   Did the board discuss Brandi's punishment at that
21 meeting?
22 A   With Mr. Levy, yes.  Her punishment, did you ask?
23 Q   Yes.
24 A   No.  After the meeting was over, he -- they had
25 stated that they were going to take it into consideration.

Page 11

1  Q   Okay.  If you look at the interrogatory responses,
2  which are P-5, response No. 3 says that the board took no
3  action on the matter?
4  A   Right.  The board did not take any action.  They did
5  not.
6        MR. BROWN:  Did you say that was No. 3?
7        THE WITNESS:  She said No. 3.
8  BY MS. TACK-HOOPER:
9  Q   Did I get the number wrong?  I will find it.  Yes,
10 it's at the end of the second paragraph in response to No. 3.
11 The school board took no action on the matter?
12 A   Right.
13 Q   What does that mean?
14 A   They did not have a public meeting about it, a
15 public vote about it.  They didn't ratify anything.  They
16 didn't -- they just didn't have any -- normally like at a
17 school board meeting, we do motions and approvals, they didn't
18 do that for this situation.
19        MS. TACK-HOOPER:  Okay.  P-11.
20        (Document, Facebook messages, produced and marked
21 Deposition Exhibit Number P11.)
22 BY MS. TACK-HOOPER:
23 Q   You have what's been marked as P11.  Is this a
24 Facebook message between you and Mr. Levy?
25 A   Yes.  Messenger message, yes.

Page 12

1  Q   Okay.
2  A   I don't know if it was messaged through Facebook.
3  It might have been a text message.  I am not sure.
4  Q   Okay.  It was some communication with Mr. Levy?
5  A   Correct.
6  Q   On August 11, correct?
7  A   Yes.
8  Q   And you state in there that the school board decided
9  to stand by the coaches.  Correct?
10 A   Yes.
11 Q   Was there -- did the board consider the issue of B's
12 punishment a second time after the June 29th meeting?
13 A   I don't know -- I was trying to remember what
14 happened.  I don't know if they had discussed supporting the
15 coaches that meeting, or if it was the meeting after that, the
16 July meeting, because I don't understand why it took until
17 August 11th to message Larry to tell him that.
18 Q   Okay.
19 A   I am not sure what happened there.  I don't know if
20 there was a discussion about it.  I am not sure.  But they had
21 told me to notify him and let him know that they were going to
22 support the coaches.
23 Q   Okay.
24 A   So that's what I did.
25 Q   Okay.  Was there any kind of formal vote?

Page 13

1  A   No.
2  Q   Okay.  Is there any reason in your view why the
3  coaches decision to remove B. from the cheerleading squad as
4  punishment for her Snap should not be attributed to the
5  district?
6  A   What?  I --
7        MR. BROWN: Object to the form.
8        THE WITNESS:  I don't understand what you mean.
9  BY MS. TACK-HOOPER:
10 Q   Sure.  When the coaches decided to punish B., that
11 is something that coaches are allowed to do, correct?
12 A   Yes.
13 Q   They were acting as coaches in the way that all of
14 your coaches act, correct?
15 A   Yes.
16 Q   Okay.  The rules in the handbook say that they get
17 to set rules regarding students' out of school conduct and can
18 punish students for violating those rules, correct?
19 A   Yes.
20 Q   The coaches did everything the way that you would
21 expect them to handle the situation?
22 A   Yes.
23 Q   Okay.  They weren't going rogue in this situation?
24 A   No.
25 Q   Okay.  All right.  And the district ultimately

Page 14

1  decided that the punishment was appropriate, correct?
2          MR. BROWN: Objection to the form as far as what you
3  mean by district.
4  BY MS. TACK-HOOPER:
5     Q   Okay. The school board ultimately decided that the
6  punishment was appropriate, correct?
7     A   The school board decided that they were going to
8  support the coaches' decisions.
9     Q   Okay.
10    A   They said that they can't -- that they shouldn't get
11 involved in extracurricular activities. That they need -- the
12 coaches need to be able to hold their people accountable for
13 what they do and don't do.
14    Q   Sure.
15    A   So it shouldn't be a board -- it shouldn't -- it
16 shouldn't be at the board level.
17    Q   Right. So coaches should be allowed to make these
18 decisions without having to go through the school board or
19 other administrators, correct?
20    A   Coaches should be able to monitor their, I shouldn't
21 say student, but that's what they are, monitor them the way
22 they see fit for their activity.
23    Q   Okay. Are there any -- is there any training that
24 coaches receive about the limits of their authority to punish
25 students?

Page 15

1     A   The training that are required for all coaches are
2  through PIAA. And our -- all of our coaches are required to
3  do those trainings. As far as if there is one for discipline,
4  I am not sure.
5     Q   Okay. Did -- do school coaches have to notify
6  anyone else at the school or the district either before or
7  after they punish students?
8     A   They don't have to put -- we're such a small school,
9  that the majority of them do.
10    Q   Okay.
11    A   They'll notify the principal or the athletic
12 director.
13    Q   Okay. Are you aware of any coaches ever having been
14 reprimanded or disciplined for disciplining students
15 improperly?
16    A   Not that I am aware of, no.
17    Q   Okay. I'd like to -- we talked this morning about
18 the cheerleading rules that the coaches made and also the
19 student handbook. How do the cheerleading rules relate to the
20 rules in the handbook?
21    A   So the handbook has part of the -- all of the PIAA
22 requirements in it. And so they have to kind of -- one is the
23 back hand of the other one. Do you understand what I am
24 saying? So they use both of those to determine what would be
25 the best appropriate rules for their teams. So I know like --

Page 16

1  that the PIAA part of the handbook has to go across the board
2  for everybody. You know, it's the rule for PIAA. They can't
3  play in a football game if they're averages aren't at a
4  certain point, if they're failing a subject like Nicole had
5  said.
6     Q   Right.
7     A   So it goes hand in hand. So they have that as a
8  guide to determine what their rules would be.
9     Q   Okay. Were there any parts of the handbook that we
10 did not discuss this morning that you think someone should
11 read in order to understand coaches power to punish their
12 players?
13         Feel free to go through the exhibits.
14    A   Just that the important part is the -- is page 78
15 through 80, 81 is all of the PIAA information. That's taken
16 right from there. So where it says interscholastic athletic
17 procedures on the bottom of page 78 all of the way through
18 page 81 before the words student counsel, that's everything
19 that explains the suspension from a team, their attendance,
20 their personal conduct, so on. But other than that, no.
21    Q   Okay. Just for the record, that was Exhibit P6?
22    A   P6, yes.
23    Q   Okay. We also looked at another policy, policy 218,
24 which was marked as P-7. Do you -- can you find that one?
25    A   Yes.

Page 17

1     Q   What is this policy?
2     A   This is a policy for student discipline.
3     Q   What is the policy? It says at the top book policy
4  manual. What is the policy manual?
5     A   There is a policy manual that is required for all
6  school districts. And each of them -- we do ours through the
7  Pennsylvania School Boards Association. And this is the
8  section 200 of the policy. It is policy 218, which is called
9  student discipline.
10    Q   This is the PSEA's standard policy on student
11 discipline?
12    A   No. PSBA, Pennsylvania School Board Association.
13    Q   I am sorry, PSBA. Sorry.
14    A   They recommend a policy to the districts. And then
15 we I guess you could say tweak it to how our district is. And
16 then our board votes on the policies two times in one month,
17 two consecutive months, then it becomes a policy.
18         We send it back to PSBA, then they approve it. And
19 we post it on our web site.
20    Q   Okay. And is this a policy that you train
21 cheerleading coaches on?
22    A   I don't train. No, I don't train cheerleading
23 coaches on policy, no.
24    Q   Do you expect your coaches to be familiar with all
25 of the districts's policies?

Page 18

1  A    That's a tough question because it's two fold. I
2  expect the coaches to follow what is in the handbook as far as
3  what they need to do and what they shouldn't be doing.
4          The policy itself, there is procedures that are made
5  for each policy. So the policy is the big thing, the big
6  picture. Then there is procedures that we can create based on
7  the policy. And those procedures would be the coaches' rules,
8  PIAA procedures, all of those things. So do they follow the
9  policy, they have to realistically -- I shouldn't say they
10 have to, they need to look at the policy and determine what
11 their rules are and procedures are from that point.
12         So once the procedures are established, I would
13 expect them to follow the procedures based on the policy. I
14 hope that makes sense.
15 Q    I think so. But I am going to show you some more
16 policies.
17 A    Okay.
18         MS. TACK-HOOPER: Twelve, thirteen and fourteen.
19         (Policy manual documents produced and marked
20 Deposition Exhibit Numbers 12, 13, and 14.)
21 BY MS. TACK-HOOPER:
22 Q    I have just handed you three more policies, Exhibits
23 P12, P13 and P14. They are policies 122, 123 and 220.
24         Do these policies also constrain the types of rules
25 that coaches are allowed to set?

Page 19

1  A    Constrain?
2  Q    Yes. So are these policies that coaches would need
3  to read before writing say their cheerleading rules so that
4  they --
5  A    Not necessarily. What I mean yes and no. So if --
6  if the procedures -- if the policy is updated, then yes. But
7  this -- these policies are from 2007, 2012, 2012, and 2007.
8  So the rules and procedures are probably already in effect for
9  these things. So, for example, cheerleading, like we saw, had
10 rules from back in the stone age, and then they moved up. So
11 as the policies were changed, they basically went off of -- as
12 the rules were changed, it was based on most likely the
13 policies. So -- or their procedures might have changed
14 because of something that happened. Like, for example, Nicole
15 had said that the one rule had changed because there was no --
16 there was no Snapchat back then. You know, so they had to add
17 some type of thing. So things change as they move forward.
18 Q    Sure.
19 A    Basically are they supposed to follow the policy?
20 Yes. But also they need to up -- like these policies I can
21 tell you currently right now are being updated. So we're in
22 the process right now of updating every single one of our
23 policies with PSBA. So it's kind of a hard question to
24 answer.
25 Q    Let me ask it this way. Are the cheerleading rules

Page 20

1  consistent with all of these policies in your view?
2  A    I don't know. I didn't really sit down and go
3  through to make sure that they are.
4  Q    Okay. Do you want to take a moment and look at
5  these -- these are four policies that your lawyer has produced
6  in this litigation. Are they policies that you're familiar
7  with?
8  A    Yes.
9  Q    Okay. Do you want to take a few minutes and just
10 look at them again?
11 A    Yes, if you don't mind.
12 Q    Please take your time.
13 A    Could you read me your question again?
14 Q    Sure. In your view, are the cheerleading rules
15 consistent with these district policies?
16 A    I would say yes.
17 Q    Okay. So you agree that coaches have the power to
18 remove students from sports or extra-curriculars because of
19 their out-of-school speech?
20 A    Depending on the situation.
21 Q    What does that mean?
22 A    Depending on what the issue is. If -- what is their
23 out-of-school speech? If it's related, directly related to
24 the school district, harms the school, harms any kind of
25 verbal written or something that is going to hurt the school

Page 21

1  district, then yes; if it's not, then no.
2  Q    Okay. So would coaches have the power to adopt a
3  rule that says that you can't swear outside of school because
4  swearing reflects badly on the district?
5  A    That's a tough one too. I think that if they said
6  -- they were swearing against the organization and that was in
7  their rules, then that would be an issue. But if they were
8  just swearing, I don't think that's an issue. It's an
9  individual case basis.
10 Q    Okay.
11 A    You know, just like the SG thing was different than
12 B's. You know, one did something wrong on social media. We
13 addressed it. That punishment was different. B. did
14 something wrong on social media, that punishment was
15 different. So like it depends on the situation itself.
16 Q    Okay.
17 A    And based on what they have in their rules.
18 Q    Okay. But there is nothing about B's punishment
19 that you think went too far and went beyond what coaches
20 should be allowed to do, is that right?
21 A    Do you mean -- well, if -- no. I think that is
22 right.
23 Q    Okay. We talked a lot about -- this morning about
24 the nature of Snapchat and the fact that it is different from
25 other social media platforms. In many ways it shares many

Page 22

```
 1  qualities with say like a large group text.  In your view,
 2  your coaches have the power to say you can't say disparaging
 3  things about the school or about our sport to a large group of
 4  people, even if it is not public on line?
 5          MR. BROWN:  I object to the form.  But if you
 6  understand the question, you can answer.
 7          THE WITNESS:  If it's public on line, and it is a
 8  derogatory remark towards their team and that is a rule of
 9  theirs, then yes, they have the option to discipline them.
10  BY MS. TACK-HOOPER:
11     Q    Okay.  I am talking about a situation that's not
12  public on line.  It's a closed group of some sort, either a
13  closed social media group or like a large group chat.
14     A    If they find out about it, they have the right to
15  discipline the child.  If they find out that it is in fact a
16  post, because obviously it wasn't private because everybody
17  else found out about it.
18     Q    Okay.  So in your view, coaches have the power to
19  punish speech that comes into the school in some way even if
20  it wasn't like open to everyone in the public, is that your
21  view?
22     A    No.  I am saying if -- if the speech effects the --
23  that specific team or group, then yes.  An if it's their rule,
24  then yes.
25     Q    Right.
```

Page 23

```
 1     A    They have the right to punish those children.
 2     Q    Okay.  So someone could say something outside of
 3  school to one other person that could effect a team.  You
 4  agree with that, right?
 5     A    Uh-huh.
 6     Q    And that one other person they sent it to could tell
 7  fifty other people, right?
 8     A    Uh-huh.
 9     Q    I am trying to figure out if that is something that
10  you think that the school could punish, or if there is some
11  kind of line drawn that the district does --
12     A    I look at it, my own personal view is if you are
13  talking -- if I am talking to you by myself and I am saying to
14  you cheerleading sucks, it's different than posting it on a
15  public forum for everyone to see to get all of the
16  cheerleaders worked up and upset.  It happened both times.  So
17  like you need to discipline that person because it effected
18  the team itself.  If it didn't effect the team, or if it was
19  just a conversation between you and I and no one else knew
20  about it and I was mad at you one day and went up to the coach
21  and said, hey, did you know that so and so said this to me,
22  there is really nothing that you can do about that.  To me
23  there is a difference between freedom and speech and throwing
24  a public -- out into a public forum of bashing of your group
25  when you know that that is a rule that you're not able to do.
```

Page 24

```
 1     Q    Understood.  I am trying to understand though if you
 2  think your coaches would be allowed to adopt a rule that says
 3  if you say to one person outside of school something negative
 4  about our sport and I hear about it, I am going to punish you.
 5  Would that be allowed?
 6     A    I don't know how to answer that.
 7     Q    Okay.  Okay.  Has the student handbook changed in
 8  the past few years in any way that is relevant to this case?
 9     A    I don't believe so.
10     Q    Okay.  Okay.  One of your attorneys said at the
11  preliminary injunction hearing that it's pretty much the same
12  from year to year.  Is that an accurate statement in your
13  view?
14     A    Yes.  If a policy updates or procedures update, then
15  they're put in there.  But the majority of it is the same.
16     Q    Okay.  What is the most specific written statement
17  that the district has that says that cheerleaders can be
18  punished for saying fuck cheer off campus?
19     A    What is the most specific statement?
20     Q    Yes.  So we have looked at a lot of policies, parts
21  of the handbook that talked generally about personal conduct
22  outside of school, I am just wondering --
23     A    There is no one specific answer to that.  There is
24  the -- there is a lot of things that would say a cheerleading
25  coach could punish for speech that's outside based on the
```

Page 25

```
 1  rules in the handbook, based on the rules that they establish,
 2  based on the procedures that they establish from the policies,
 3  all of that gives them that authority to do that.
 4     Q    Okay.  Do other sports teams have rules like the
 5  cheerleading rules that restrict athletes' speech when they're
 6  not at school or doing school activities?
 7     A    I wouldn't know that, because they don't get their
 8  rules approved by me.  I do know that some of the sports
 9  though have those types of things.  But as far as all of them,
10  I don't know.
11     Q    Okay.  Let's look at P-2, the 30 (b)(6) deposition
12  notice with the topics.  So the second topic, it's on page A7,
13  is one that you were designated on.
14     A    Okay.
15     Q    Subsection A says whether students participating in
16  other high school athletics through the district are subject
17  to restrictions on their out-of-school speech similar to the
18  restrictions on speech imposed on cheerleaders, and if not,
19  why not.  Is that a topic you are able to speak about?
20     A    I can tell you that they -- whether students
21  participate -- I can tell you that if the coach has that rule,
22  they will put -- implement that rule.
23          There has not been an issue like this until now.  So
24  I don't know of any that have an issue with disciplining the
25  students for speech.
```

Page 26

```
 1     Q    Is there anyone in the district who would be more
 2  familiar with these rules?  Like I think that you mentioned
 3  that coaches sometimes will show their rules to the athletic
 4  director or the principal.
 5     A    I can -- maybe the principal that was here prior to
 6  this, Mr. Smith, but I don't think he's going to be able to
 7  help you.  Because the only time they would go to them for the
 8  rules would be if there was a situation where they needed to
 9  throw somebody off a team.
10     Q    Okay.  All right.  And the topic B under two on that
11  same document --
12     A    Yes.
13     Q    Whether HB, a football player, featured in the Utube
14  video at issue is Loy versus Mahanoy Area School District was
15  subjected to discipline as a result of his out-of-school
16  speech, and if not, why not.  Is that something that you're
17  able to talk about?
18     A    Yes.
19     Q    Okay.
20     A    So HB was not a football player when the Utube video
21  for Loy and the Mahanoy Area School District was going on.  He
22  wasn't on the team.  So he wasn't subjected to discipline.
23     Q    Is that because it wasn't football season, or he
24  hadn't made the team?
25     A    It says was he featured in Utube video and was
```

Page 27

```
 1  subjected to discipline, he wasn't.
 2     Q    No.  I am sorry.  You said he wasn't a football
 3  player.  I am asking you if that's because -- so the video, as
 4  I understand it from the other lawsuit, was dated February 7,
 5  2017.  Is that part of the football season?
 6          MR. BROWN: Wait.  If you can, I think what you are
 7  asking, I am just trying to mediate here.
 8          MS. TACK-HOOPER: Please, yes.
 9          MR. BROWN: You are asking whether it was -- he was a
10  football player, but it was out of season, or was he already
11  off of the football team, is that --
12          MS. TACK-HOOPER: Yes, that's right.
13          THE WITNESS: No.  He played football his freshman
14  year for approximately a couple -- maybe a couple weeks and
15  quit.
16  BY MS. TACK-HOOPER:
17     Q    I see.  Okay.
18     A    He never went back out again.  And he's a senior
19  this year.  So he wasn't even on the football team at all
20  during this lawsuit.
21     Q    Okay.  Okay.
22     A    So it's like it's --
23          MR. BROWN: I think we're saying --
24          MS. TACK-HOOPER: Sure.
25          MR. BROWN: -- it wasn't because it was out of
```

Page 28

```
 1  season, he was not on the team any more?
 2          THE WITNESS: No.  He was not on the team.  He was
 3  on the team for a few weeks and quit.
 4          MS. TACK-HOOPER: Got it.
 5          THE WITNESS: Then never went back on the team
 6  again.
 7          MR. BROWN: The video occurred after.
 8          THE WITNESS: Right.  The video occurred --
 9  BY MS. TACK-HOOPER:
10     Q    Are you aware of any -- so I know that you said that
11  you're not familiar with every teams rules.  Do you have any
12  reason to believe that any other team has rules that would
13  allow the team to kick a student off for their out-of-school
14  speech?
15     A    Do I have any knowledge of that, no.
16     Q    Yes.  Okay.
17          Okay.  Would there be any reason for cheerleaders to
18  be subject to more restrictions on their out-of-school speech
19  than students in other sports?
20     A    No.
21     Q    Okay.  Okay.  You were also designated to speak for
22  the district on topic four, which is about past incidents of
23  disruption caused by out-of-school speech.  Is that a topic
24  that you are able to speak about?
25     A    Yes.
```

Page 29

```
 1     Q    Okay.  Were there any past incidents of disruption
 2  that would lead someone to believe that B's Snap might disrupt
 3  classroom instruction or other school activities?
 4     A    You lost me.  Can you say that again?
 5     Q    Sure.  Sure.
 6     A    I am trying to follow what you are saying.
 7     Q    What other incidents are you aware of involving
 8  disruption caused by a student's out-of-school speech?
 9     A    None.
10     Q    None in the district?
11     A    No.
12          MS. TACK-HOOPER: Okay.  That is all I have.
13          Do you have anything?
14  BY MR. BROWN:
15     Q    I just have one question.
16          We have been discussing the authority to remove B.
17  from the cheerleading team.  Do you believe there is a
18  difference in removing a student from an extracurricular
19  activity, whether it's the sport of cheerleading versus
20  removing a student from their classes by suspension or
21  expulsion?
22     A    Yes.  Absolutely.  We don't -- that's a part of the
23  reason why the -- we separate the extracurricular from the
24  academic.  So we didn't punish B., say you are suspended from
25  school for, you know, ten days for posting this on Facebook.
```