# Exhibit K

2017-2018

# Mahanoy Area High School Cheerleading Rules

*All of the information below is at the coaches' discretions and rules may be subject to change. If there is a situation with extreme circumstances, it will be addressed at that time.*

## ATTENDANCE

- All cheerleaders must attend every practice and workshop. Vacations and absences from school are the only acceptable excuses. Coaches must be given a written notice at least one week in advance for vacations/trips to be considered excused. <u>Non-school related activities and work are not acceptable excuses</u>. (Internships are not excused). Other sporting activities will be accommodated as much as possible. If you are too sick to attend practice/game and were present in school, a doctor's note is required or you will be benched for the next game.
- All games are mandatory. Only acceptable excuses are as above.
- If unable to attend practice or a game you (yourself) must call or text Miss Luchetta or Mrs. Gnall. If a coach is not contacted prior to the practice/game you will be benched for the next game.
- All cheerleaders will ride to and from the games on the bus. If you would like to leave with a parent or guardian, you must fill out the transportation form and hand it in to the office prior to the game. See coaches for such forms.
- Buses are scheduled to leave at a certain time. The bus will not wait. If you are not on the bus at the scheduled time, the bus will leave without you. This will be considered an unexcused absence.

## ACADEMIC POLICY

- All cheerleaders must be academically eligible (you are ineligible if you are failing two or more classes) to participate at games.
- Eligibility reports are usually created every Sunday Evening and will be in effect until the following Sunday when the new report is run.
- If you are academically ineligible for three consecutive weeks, you will be dismissed from the team.

## UNIFORMS

- Uniforms are to be worn at cheerleading functions <u>only</u>.
- Uniforms should be machine washed **weekly** and line dried during regular season.
- All uniforms, including sneakers, must be kept clean at all times
- When going to and from games you must wear your uniform and warm-ups.
- Absolutely NO JEWLERY should be worn at practice or games.
- Any tattoos or piercings should not be visible.


EXHIBIT D-3

2017-2018

- Artificial nails are not allowed at any time, polish must be removed for games (unless using clear polish).
- Chewing gum is not allowed at practice/games
- Hair must be pulled back at all times. A cheerleading bow must be worn at all games. Headbands or other hair accessories are not allowed. If your hair is too short for a pony tail you must have the sides pulled up off your face.
- All hair color must be natural.

## Sportsmanship and Responsibilities/Fundraising

- Please have respect for your school, coaches, teachers, other cheerleaders and teams. Remember, you are representing your school when at games, fundraisers, and other events. Good sportsmanship will be enforced, this includes foul language and inappropriate gestures.
- All other school rules apply when at sporting events.
- If a cheerleader is benched three times they will be dismissed from the squad.
- Each cheerleader must have a physical completed between June 1st and August 15th in order to be able to participate. If unable to participate this is considered an unexcused absence. Please see the high school nurse for forms and more information.
- Fundraising is mandatory. Each cheerleader must raise at least $60 per year (or pay the boosters this fee) to remain on the squad. If the $60 is not met the cheerleader will not be able to cheer the following year until their debt is paid off. Several fundraiser will take place throughout the year to meet this requirement.

## Technology

- The use of cell phones is prohibited during games and other events.
- There will be no toleration of any negative information regarding cheerleading, cheerleaders, or coaches placed on the internet.

MASD000004