# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.L., a minor, by her father, LAWRENCE LEVY, and her mother, BETTY LOU LEVY | Civil Action No. 3:17-cv-1734 |
| Plaintiffs, | (The Hon. A. Richard Caputo) |
| v. | |
| MAHANOY AREA SCHOOL DISTRICT, | |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that the Mahanoy Area School District, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order granting Plaintiffs' motion for summary judgment [Doc. 57] entered in this action on the 21st day of March, 2019.

Respectfully submitted,

Date:  April 12, 2019

*/s/ David W. Brown*
Michael I. Levin (PA 21232)
David W. Brown (PA 201553)
LEVIN LEGAL GROUP, P.C.
1800 Byberry Road, Suite 1301
Huntingdon Valley, PA 19006
mlevin@levinlegalgroup.com
dbrown@levinlegalgroup.com
Phone: (215) 938-6378

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April 2019, I electronically re-transmitted the foregoing Notice of Appeal to be filed to the Clerk's Office using the Court's Electronic Case Filing system ("ECF") for filing and transmittal of a Notice of Electronic Case Filing to all counsel via the ECF, in accordance with Fed. R. Civ. P. 5(b) and M.D. Pa. L.R. 5.7.

*/s/ David W. Brown*
David W. Brown